No. 98–8999. VAIL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9044. DEGEN v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 98–9057. THOMAS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–9061. BAEZ v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–9066. CASTRO v. UNITED STATES; and
No. 98–9090. GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 166 F. 3d 728.

No. 98–9073. WILLIAMS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 98–9095. RITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9096. SHEARER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9121. DURFEE, FKA DUPRE, ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–9124. BULL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 98–9137. OLMSTEAD v. SOCIAL AND REHABILITATIVE SERVICES OF WYANDOTTE COUNTY. Ct. App. Kan. Certiorari denied.

No. 98–9147. SCHELL v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9148. SORTON v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9149. RIVERA v. SISTRUNK, SUPERINTENDENT, CHARLOTTE CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.